UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DOLORES ROBINSON,             :
    Plaintiff,              :
V.                            :
                                          CASE NO. 3:00CV661(RNC)
MELVIN WEARING, ET AL.,       :
    Defendants.             :

PRETRIAL ORDER

It is hereby ordered:

Trial will commence with jury selection on Tuesday, December 9, 2003, at 9:00 a.m.

The final pretrial conference will be held on Wednesday, December 3, 2003, at 10:00 a.m.

Presentation of evidence will begin as soon as possible following jury selection. Other cases are set for jury selection on the same day as this one. Consequently, presentation of evidence in this case might be delayed.

So ordered.

Dated at Hartford, Connecticut this 11⁷ᵗʰ day of October 2003.

                                                       Robert N. Chatigny
                                             United States District Judge