# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

Robinson
v.
Wearing, et al.

**APPEARANCE**

CASE NUMBER: NO. 3:00 CV 661 (RNC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for: Dolores Robinson

Date: 12-3-03

Connecticut Federal Bar Number: CT 23458

Telephone Number: 203-562-9931

Fax Number:

E-mail address: Christydolyk@yahoo.com

Signature: [signed]

Print Clearly or Type Name: Christy H. Doyle

Address: 51 Elm Street
New Haven, CT 06510

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Told Martin S. Echter in person.

Signature: [signed]

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24