FILED

2003 DEC -2 P 1: 53

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| DOLORES ROBINSON | : |
| VS. | : NO. 3:00CV661(RNC) |
| MELVIN WEARING, ET AL. | : DECEMBER 1, 2003 |

## PARTIES' RULE 16(c) REPORT

Counsel for the parties having conferred, the following report is submitted to the court in connection with the Pretrial Conference in this matter.

I.  FORMULATION AND SIMPLIFICATION OF THE ISSUES

   Not applicable.

II. NECESSITY OR DESIRABILITY OF AMENDMENTS TO THE PLEADINGS

   Not necessary.

III. POSSIBILITY OF OBTAINING ADMISSIONS OF FACT AND OF DOCUMENTS TO AVOID UNNECESSARY PROOF, STIPULATIONS REGARDING AUTHENTICITY OF DOCUMENTS, AND ADVANCE RULINGS FROM THE COURT ON THE ADMISSIBILITY OF EVIDENCE

   Counsel will discuss this.

IV.   AVOIDANCE OF UNNECESSARY PROOF AND OF CUMULATIVE EVIDENCE, AND LIMITATIONS OR RESTRICTIONS ON THE USE OF TESTIMONY UNDER RULE 702, F.R.EV.

Counsel are discussing the possibility of reducing the number of witnesses and exhibits.

V.   APPROPRIATENESS AND TIMING OF SUMMARY ADJUDICATION

Not applicable.

VI.   CONTROL AND SCHEDULING OF DISCOVERY

Not applicable.

VII.   IDENTIFICATION OF WITNESSES AND DOCUMENTS, THE NEED AND SCHEDULE FOR FILING AND EXCHANGING PRETRIAL BRIEFS, AND THE DATE OR DATES FOR FURTHER CONFERENCES AND FOR TRIAL

The Joint Trial Memorandum has been filed.

VIII   ADVISABILITY OF REFERRING MATTERS TO A MAGISTRATE JUDGE OR MASTER

No settlement is likely in this case.

IX.   SETTLEMENT AND USE OF SPECIAL PROCEDURES TO ASSIST IN RESOLVING THE DISPUTE

The plaintiff will submit another demand to the defendants, but settlement is highly unlikely.

X.  FORM AND SUBSTANCE OF THE PRETRIAL ORDER

The current order is satisfactory.

XI. DISPOSITION OF PENDING MOTIONS

None.

XII  NEED FOR ADOPTING SPECIAL PROCEDURES FOR MANAGING POTENTIALLY DIFFICULT OR PROTRACTED ACTIONS

Not applicable.

XIII  ORDER FOR SEPARATE TRIALS

Not applicable.

XIV  ORDER DIRECTING PARTIES TO PRESENT EVIDENCE EARLY IN THE TRIAL WITH RESPECT TO A MANAGEABLE ISSUE THAT COULD BE THE BASIS FOR A JUDGMENT AS A MATTER OF LAW

Not applicable.

XV  ORDER ESTABLISHING A REASONABLE LIMIT ON THE TIME ALLOWED FOR PRESENTING EVIDENCE

Not applicable.

XVI  SUCH OTHER MATTERS AS MAY FACILITATE THE JUST, SPEEDY, AND INEXPENSIVE DISPOSITION OF THE ACTION

None at this time.

THE PLAINTIFF

BY: _____
JOHN R. WILLIAMS (ct00215)
51 Elm Street
New Haven, CT 06510
203/562-9931
FAX: 203/776-9494
E-Mail: jrw@johnrwilliams.com
Her Attorney

## CERTIFICATION OF SERVICE

On the date above stated, a copy hereof was mailed to

MARTIN ECHTER
Deputy Corporation Counsel
165 Church Street
New Haven, CT 06510

_____
JOHN R. WILLIAMS