*held*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Conference Calendar

Honorable Robert N. Chatigny, U.S.D.J.

PLAINTIFF'S COUNSEL WILL INITIATE CALL

February 12, 2004

2:30 P.M.

CASE NO. **3-00-cv-661**     **Robinson v. Wearing**

✓Christy H. Doyle
John R. Williams
Williams & Pattis
51 Elm St.
Ste. 409
New Haven, CT 06510

✓Martin S. Echter
Corporation Counsel's Office
165 Church St.
New Haven, CT 06510

Thomas W. Ude Jr.
Office Of Corporation Counsel
City Of New Haven
165 Church St.
New Haven, CT 06510

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK