# WILLIAMS and PATTIS, LLC

JOHN R. WILLIAMS
NORMAN A. PATTIS
KATRENA ENGSTROM
TIMOTHY J. MAHONEY
CHRISTY H. DOYLE
KIM COLEMAN WAISONOVITZ

RECEIVED
MAR 8  1 18 PM '04

CHAMBERS
ROBERT N. CHATIGNY
U.S. DISTRICT JUDGE

51 ELM STREET, SUITE 409
NEW HAVEN, CONNECTICUT 06510

(203) 562-9931
FACSIMILE (203) 776-9494
E-MAIL: jrw@johnrwilliams.com

March 4, 2004

Honorable Robert N. Chatigny
United States District Judge
450 Main Street
Hartford, CT 06103

Re: <u>Robinson v. Wearing, et al.</u>, No. 3:00CV661(RNC)

Dear Judge Chatigny:

After discussing with my client the issues raised in our recent telephone conference by the court and opposing counsel, we would prefer the court to issue a memorandum concerning the legal issues that have arisen, specifically, the issues raised in the plaintiff's and defendant's memorandum of law dated January 9, 2004.

Although we do not plan to appeal the court's decision concerning our memorandum of law, the plaintiff would prefer a ruling as it relates to her claim for violation of the Equal Protection Clause actionable under Section 1983.

The plaintiff thanks the court for all of its guidance and consideration in this matter.

FILED 2004 MAR 10 P 2:17 U.S. DISTRICT COURT HARTFORD, CT.

Respectfully,

CHRISTY H. DOYLE

CHD:pas
cc: Martin S. Echter, Esq.

*[Handwritten margin notes: "The clerk will file this letter. To which plaintiff, wms" and "3/10/04"]*