UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| DELORES ROBINSON | : |
| | : |
| v. | : CASE NO. 3:00CV661(RNC) |
| | : |
| MELVIN WEARING and CITY OF NEW HAVEN | : |
| | : |

## JUDGMENT

This action having come on for consideration of a cause of action pursuant to 42 U.S.C. § 1983 before the Honorable Robert N. Chatigny, United States District Judge and,

The Court having considered the full record of the case including applicable principles of law, and having issued a Ruling and Order dismissing the 1983 claims with prejudice and,

The Court having declined to exercise supplemental jurisdiction over the retaliation claim, dismissing the claim without prejudice, it is therefore

ORDERED, ADJUDGED and DECREED that judgment be and hereby is entered and this case is dismissed.

Dated at Hartford, Connecticut, this 7th day of April 2004.

KEVIN F. ROWE, Clerk

By _____/s/lik_____
Linda I. Kunofsky
Deputy Clerk

EOD _____