43.

FILED

2004 JUL 29  A 11: 06

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| DOLORES ROBINSON | : |
| VS. | :    3:00CV00661(RNC) |
| MELVIN WEARING, ET AL | :    JULY 27, 2004 |

**MOTION FOR PERMISSION TO WITHDRAW**

The undersigned respectfully requests permission to withdraw from the above- captioned complaint. In support of said motion, the undersigned has left the employment of the law firm of Williams and Pattis, LLC as of July 12, 2004.

Respectfully submitted,

Christy H. Doyle
65 Wethersfield Ave
Hartford, CT 06114
860-249-1361
FAX: 860-249-7665
Federal Bar No. ct23458
Her attorney

July 30, 2004. Granted. So ordered.
Robert N. Chatigny, U.S.D.J.

FILED
2004 JUL 30  P 1: 48
U.S. DISTRICT COURT
HARTFORD, CT.

ORAL ARGUMENT IS NOT REQUESTED